IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| J. Michael Baskin,<br><br>Plaintiff,<br><br>vs.<br><br>Freedom Life Insurance Company of America,<br><br>Defendant. | Civil Action No. 0:24-6072-SAL<br><br>**NOTICE OF REMOVAL** |

Defendant Freedom Life Insurance Company of America ("Freedom Life" or "Defendant"), by and through the undersigned attorneys, file the Notice of Removal of the above-entitled action from the Court of Common Pleas for York County, State of South Carolina, to the United States District Court for the District of South Carolina, Rock Hill Division, pursuant to 28 U.S.C. §§ 1331, 1441, and 1367(a).

Defendant Freedom Life is entitled to remove this action based on federal question jurisdiction. As grounds for this removal, Freedom Life states as follows:

1. Plaintiff instituted the above-entitled action against Defendant, by service of a Summons and Complaint on September 24, 2024, and this action is now pending in the Court of Common Pleas for York County, State of South Carolina, styled civil action no. 2024-CP-46-03588.

2. At the time of commencement of the action, Plaintiff, upon information and belief, was and still is a citizen and resident of the County of York, State of South Carolina.

3. Defendant Freedom Life Insurance Company of America was, at the time of the commencement of the action, and still is a corporation organized under the laws of Texas with its principal place of business at 300 Burnett Street, Suite 200, Fort Worth, Texas 76102.

4. Under the federal question removal statute, 28 U.S.C. § 1441(c), Defendant is entitled to remove this case and have it adjudicated in a federal forum. 28 U.S.C. § 1331 provides "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treatises of the United States."

5. This Court has supplemental jurisdiction under 28 U.S.C. § 1367(a) over any claims for which it does not have original federal question jurisdiction because they form part of the same case or controversy as those claims over which the Court has jurisdiction.

6. Defendant files together with this Notice a copy of all process, pleadings and orders served upon it in this action in compliance with Federal Rules of Civil Procedure 11 and 28 U.S.C. 1446(a).

7. Defendant, pursuant to 28 U.S.C. § 1446(d), will promptly give written notice of removal to all adverse parties and will file a copy of the Notice of Removal with the Clerk of Court, York County, South Carolina.

8. Defendant is filing this Notice solely by reason of the requirements of 28 U.S.C. § 1446 and this Notice has been timely filed pursuant to 28 U.S.C. § 1446(b).

9. Venue for the removal of this action is proper in this Court pursuant to 28 U.S.C. §§ 121(7) and 1441(a) because the Court of Common Pleas for York County, South Carolina, is located within the District of South Carolina, Rock Hill Division.

10. Defendant reserves all defenses including, but not limited to, those under Federal Rule of Civil Procedure 12(b), and does not waive said defenses by the filing of this Notice.

ROBINSON GRAY STEPP & LAFFITTE, LLC

BY: s/ J. Calhoun Watson
J. Calhoun Watson, Fed ID 4794
cwatson@robinsongray.com
Sarah C. Frierson, Fed ID 13825
sfrierson@robinsongray.com
2151 Pickens Street, Suite 500
Post Office Box 11449
Columbia, SC 29211
Tel: 803-929-1400

*Counsel for Defendant Freedom Life Insurance Company of America*

Columbia, South Carolina
October 24, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| J. Michael Baskin,<br><br>Plaintiff,<br><br>vs.<br><br>Freedom Life Insurance Company of America,<br><br>Defendant. | Civil Action No.<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned legal assistant, of the law offices of Robinson Gray Stepp & Laffitte, LLC, attorneys for defendant, *Freedom Life Insurance Company of America,* do hereby certify that I have served all counsel in this action with a copy of the document/pleading shown below by emailing a copy of same to all counsel at the following address(es):

Documents Served: Notice of Removal
State Court Documents
Civil Cover Sheet

Counsel Served: David A. Maxfield, Esquire
Dave Maxfield, Attorney, LLC
Post Office Box 11865
Columbia, SC 29211
dave@consumerlawsc.com

Robin C. Owens

Robin C. Owens, Legal Assistant

Columbia, South Carolina
October 24, 2024